UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EVERETT HADIX, *et al.*,

        Plaintiffs,

Case No. 4:92-CV-110

v.

Hon. Richard Alan Enslen

PERRY M. JOHNSON, *et al.*,

        Defendants.

**ORDER**

_____/

      F. Warren Benton, Ph.D., the Court's monitor in this long-standing suit, has requested permission to file documents electronically. Although this is an exceptional request, the exceptional circumstances of this case warrant it: namely, this is a long-standing prisoner class action suit which calls for regular court filings by the monitor. The monitor is also, by virtue of his appointment, a court officer with special duties to make regular court filings. As such, the request will be granted limited to the terms of Dr. Benton's order of appointment, limited to court filings in the instant case and any related cases which may arise, and limited to the duration of the appointment. Therefore,

      **IT IS HEREBY ORDERED** that the Clerk is directed to process and otherwise facilitate Dr. F. Warrren Benton's E-Filing Registration Form.

      **IT IS FURTHER ORDERED** that such ECF registration shall be limited to the terms of Dr. Benton's order of appointment, limited to court filings in the instant case and any related cases which may arise, and limited to the duration of the appointment.

      **IT IS FURTHER ORDERED** that Dr. Benton's use of his login name and password to submit documents over the ECF system shall serve as his signature on all electronic documents filed

with the Court, including for the purposes of Federal Rule of Civil Procedure 11, the Federal Rules of Civil Procedure, and the Western District of Michigan Local Civil Rules.

**IT IS FURTHER ORDERED** that by registration Dr. Benton is deemed to automatically consent to electronic service by the Court and all attorneys of electronically filed documents submitted on the ECF system in the instant case and any related cases; further, service upon Dr. Benton shall be deemed complete pursuant to Western District of Michigan Local Civil Rule 5.7(h)(iv) upon the submission of a Notice of Electronic Filing to Dr. Benton; and further, should it be necessary for Dr. Benton to file court documents by traditional non-electronic means, Dr. Benton shall serve those documents by non-electronic means of service.

DATED in Kalamazoo, MI:
February 17, 2005

 /s/ Richard Alan Enslen
RICHARD ALAN ENSLEN
UNITED STATES DISTRICT JUDGE