UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EVERETT HADIX, *et al.*,

          Plaintiffs,

Case No. 4:92-CV-110

v.

Hon. Richard Alan Enslen

PATRICIA CARUSO, *et al.*,

          Defendants.

**ORDER**

_____/

     In accordance with the Court's rulings of July 12, 2006;

     **IT IS HEREBY ORDERED** that the evidentiary hearing scheduled for October 11-13, 2006 shall commence as earlier scheduled.

     **IT IS FURTHER ORDERED** that such hearing will consider as a priority matter medical care issues, which may include requests by Plaintiffs for injunctive relief; and before consideration of other issues, such as termination of Consent Decree provisions.

     **IT IS FURTHER ORDERED** that all issues not presented at such hearing will be heard at a later hearing, not to exceed two days in length, which will be later scheduled by notice of this Court for a date or dates within 45 days of October 13, 2006.

Dated in Kalamazoo, MI:             /s/Richard Alan Enslen
July 13, 2006                 Richard Alan Enslen
                         Senior United States District Judge