UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EVERETT HADIX, *et al.*,

       Plaintiffs,

v.

PATRICIA L. CARUSO, *et al.*,

       Defendants.
_____/

Case No. 4:92-CV-110

Hon. Richard Alan Enslen

**ORDER**

      Movant Robert Alspaugh, who appears to be alleging that he is a prisoner housed within a *Hadix* facility and has been denied necessary medicine and medical care, has filed a *pro se* motion requesting intervention under Federal Rules of Civil Procedure 24 and 19.  As a putative member of the *Hadix* class, Plaintiff's interests are already represented in this suit through the filings of experienced Plaintiff's counsel, which counsel has more than adequately represented the interests of the plaintiff class.  Separate appearance by inmates proceeding *pro se* is not likely to materially advance the litigation.  Other prisoner representatives regularly appear as part of the litigation.

      **THEREFORE, IT IS HEREBY ORDERED** that Robert Alspaugh's Motion to Intervene (Dkt. No. 2250) is **DENIED**.

DATED in Kalamazoo, MI:
    January 8, 2007

     /s/ Richard Alan Enslen
    RICHARD ALAN ENSLEN
    SENIOR UNITED STATES DISTRICT JUDGE