UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EVERETT HADIX, *et al.*,

        Plaintiffs,

v.

PATRICIA L. CARUSO, *et al.*,

        Defendants.
_____/

Case No. 4:92-CV-110

Hon. Richard Alan Enslen

**AMENDED PRELIMINARY INJUNCTION**

In accordance with the Court's Opinion of this date;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Modify Preliminary Injunction (Dkt. No. 2335) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall file a transfer plan in accordance with parts V.F.1 through V.G.2 of the Court's Opinion within 45 days of this Opinion.

**IT IS FURTHER ORDERED** that Defendants shall process prisoner transfers from JMF in accordance with the Court's instructions in parts V.F.1-11, and shall limit and delay transfers in accordance with those instructions.

**IT IS FURTHER ORDERED** that Defendants shall provide information to the Office of the Independent Medical Monitor in accordance with the Court's instructions in parts V.F.1-11.

**IT IS FURTHER ORDERED** that the Office of the Independent Medical Monitor shall discharge the duties directed by the Court in accordance with the Court's instructions in parts V.F.1-11.

**IT IS FURTHER ORDERED** that Defendants shall comply with any authorized directive of the Office of the Independent Medical Monitor in accordance with the instructions in parts V.F.1-11.

**IT IS FURTHER ORDERED** that a hearing for final injunctive relief, if necessary, shall be heard together with Plaintiffs' mental health proofs in November 2007.

Dated in Kalamazoo, MI:  /s/Richard Alan Enslen
March 6, 2007  Richard Alan Enslen
  Senior United States District Judge