UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EVERETT HADIX, *et al.*,

      Plaintiffs,

Case No. 4:92-CV-110

v.

Hon. Richard Alan Enslen

PATRICIA L. CARUSO, *et al.*,

      Defendants.

**ORDER**

_____/

      It appears from the record that Plaintiffs moved for a temporary restraining order on March 2, 2007 and before such motion could be considered the Court granted Plaintiffs' earlier Motion to Amend/Correct the Preliminary Injunction of February 22, 2007 by entry of the Amended Preliminary Injunction on March 6, 2007.

      **THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' Motion for Temporary Restraining Order (Dkt. No. 2336) is **DENIED** as unnecessary in light of the Amended Preliminary Injunction entered on March 6, 2007.

Dated in Kalamazoo, MI:              /s/Richard Alan Enslen
March 19, 2007                        Richard Alan Enslen
                                          Senior United States District Judge