UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

EVERETT HADIX, et. al.,

    Plaintiffs,

v.

PATRICIA CARUSO, JOHN OCWIEJA
and NICK LUDWICK,

    Defendants.

No. 4:92-CV-110

HONORABLE ROBERT J JONKER

_____/

| | |
|---|---|
| Patricia Streeter (P30022)<br>Co-Counsel for Plaintiffs<br>221 N. Main Street, Suite 300<br>Ann Arbor, MI 48104<br>(734) 222-0088 | Daniel S. Korobkin<br>American Civil Liberties Union of Michigan<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6824 |
| Elizabeth Alexander<br>Co-Counsel for Plaintiffs<br>The National Prison Project<br>915 15th Street, NW, 7th Floor<br>Washington, DC 20005<br>(202) 393-4930 | A. Peter Govorchin (P31161)<br>Counsel for Defendants<br>Michigan Department of Attorney General<br>Corrections Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-7021 |

_____

**STIPULATION TO ALLOW THE REFUND TO THE DEFENDANTS OF THE FUNDS DEPOSITED ON JUNE 30, 1997 (D/E #906), PLUS INTEREST**

    The parties, through counsel, stipulate that the Defendants' June 30, 1997 deposit of $31,213.58 (D/E #906), plus interest may be returned to the Defendants (payable to the State of Michigan), as the matter for which these funds were deposited with the Court has been resolved.

2

The parties further agree that this stipulation may be considered the Defendants' claim to the above identified funds, as that opportunity was described by this Court's Order of July 2, 2009 (D/E #2932).

Stipulated as to Form & Content:

 */s/ Elizabeth Alexander (w/consent)*
Elizabeth Alexander
Patricia Streeter (P30022)
Sandra Girard  (P33274)
Attorneys for Plaintiffs

Dated: July 15, 2009

 */s/ A. Peter Govorchin (P31161)*
A. Peter Govorchin (31161)
Attorney for Defendants

Dated: July 15, 2009

IT IS SO ORDERED.

```
  July 16, 2009                         /s/ Robert J. Jonker
Dated:                               ROBERT J JONKER
                                     United States District Judge
```

S:\CORR_Assignment_Control\Cases\Open\Govorchin\HADIX 2 (save here)\1992006833A.Hadix.WD.492-110\Stip & ORder money.doc