*Hadix, et al. v. Caruso, et al.*

Attachments 5-8 to the Joint Status Report
March 16, 2012

| **Attachment** | **Description** | **Date** | **Docket No.** |
|---|---|---|---|
| 5 | Order | 11/18/96 | 823 |
| 6 | Health-Related Disabilities Plan, as amended by the 11/18/96 Order [not docketed] | 11/18/96 | --- |
| 7 | Findings of Fact and Conclusions of Law<br>    Part 1 Pages 1-135<br>    Part 2 Pages 136-271 | 10/29/02 | 1658 |
| 8 | Order | 01/12/06 | 1952 |