# Attachment 5

*Hadix, et al. v. Caruso, et al.*
Joint Status Report
Order, November 18, 1996, Dkt. 823

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

EVERETT HADIX;
RICHARD MAPES;
PATRICK C. SOMMERVILLE;
ROOSEVELT HUDSON, JR.;
BRENT E. KOSTER;
LEE D. McDONALD;
DARRYL STURGES;
ROBERT FLEMSTER;
WILLIAM LOVETT;
JAMES COVINGTON;
FRANK THOMAS;
JAMES HADDIX;
JAMES ALEXANDER;
AL BUTTONS;
JAMES CHIPMAN;
PERRY ALAN DAVIS;
MICHAEL ANTHONY GRAY;
MARK LEMOTHE;
CYLESTER NUNNALLY;
TED RHODE;
ORVEL SIMMONS;
TED SULLIVAN;
and
MARK A. COLEMAN;

    Plaintiffs,

v

PERRY M. JOHNSON;
BARRY MINTZES;
CHARLES ANDERSON;
WILLIAM F. GRANT;
DALE FOLTZ;
DANIEL TRUDELL;
DUANE SHOLES;
JOHN JABE;
JAMES POGATS;
ROY RIDER;

File No. 4:92:CV:110

HON. RICHARD ALAN ENSLEN

*[Handwritten annotations: "PLRA / Medical Health"; "terminates some provisions"; "doesn't reach const. of PLRA"; "renovated facilities p. 36"; "amends disab-plan p. 36"; "11-18-96"; "823"]*

CHARLES USTESS;
DON P. LEDUC;
ROBERT BROWN, JR.;
GRAHAM ALLEN;
ELTON I. SCOTT;
PAM WITHROW;
FRANK ELO;
MARJORIE VAN OCHTEN;
and
JOHN PRELESNIK;

        Defendants.
_____/

## ORDER

In accordance with the Opinion issued this date;

**IT IS HEREBY ORDERED** that defendants' motion for immediate termination of the Consent Decree is reduced to the issues of whether a consent decree is a final judgment, which is currently before the Sixth Circuit Court of Appeals, and, in some cases, whether prospective relief is tailored as required by the PLRA;

**IT IS FURTHER ORDERED** that the Court finds the following sections of the Consent Decree to be appropriate for termination:

    II.A.1    Medical Care General Provision
    II.A.2    Complete New Hospital
    II.A.2    Interim Hospital Conditions
    II.A.3.a Intake Physical
    II.A.3.a Intake Dental Screening
    II.A.3.c Epidemic Contagions Plan
    II.A.4.b Interference with Health Care
    II.A.4.c Prompt Care, DWH Transfers
    II.A.4.d Emergency Medical Procedure
    II.A.5.b Uncredentialed Staff
    II.A.5.c Interim Medical/Dental Staffing
    II.A.5.d Staffing Amendments
    II.A.5.e Medical Staff (health care)
    II.A.5.g No inmate direct patient care
    II.A.5.h Use of Students and Interns
    II.A.8.a Health Care Staff Training

II.A.8.b  Emergency Response Training
II.A.9    Therapeutic Diets
II.A.10   Pharmaceutical Services
II.A.10   Medication Delivery by COs

**IT IS FURTHER ORDERED** that the Court finds constitutional violations with respect to the following areas:

II.A.3.b Transfer Medical Evaluation
II.A.4.a Sick Call Access Plan
II.A.5.a Professional Staff
II.A.7   Chronic Disease Plan
II.A.11  Problem Oriented Medical Record
Health Related Disabilities

**IT IS FURTHER ORDERED** that the Court finds noncompliance with the Consent Decree, but no constitutional violation, with respect to the following provisions:

II.A.5.f Hospital Staffing Plan
II.A.6 Prostheses

**IT IS FURTHER ORDERED** that this Court will reserve final determination of defendants' motion until such time as the Sixth Circuit Court of Appeals has issued its ruling on the issue.

Dated in Kalamazoo, MI:

Nov 18, 1996

RICHARD ALAN ENSLEN
Chief Judge