*Hadix, et al. v. Caruso, et al.*

Attachments 9-10 to the Joint Status Report
March 16, 2012

| Attachment | Description | Date | Docket No. |
|---|---|---|---|
| 9 | Findings of and Conclusions of Law | 12/07/06 | 2233 |
| 10 | Order | 06/05/07 | 2467 |